# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL STEPHEN COMBS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL, Warden,<br>California State Prison at San Quentin,<br><br>　　　　Respondent. | CV 05-4777-ODW<br><br>**ORDER LIFTING STAY**<br><br>**DEATH PENALTY CASE** |

On July 11, 2012, the California Supreme Court denied Petitioner's state habeas petition.  *See* Petitioner's Notice of Entry of Judgment, filed August 7, 2012 (Dkt. 71).  The stay of these proceedings, entered on July 6, 2006 (Dkt. 21), is therefore LIFTED.  This Order shall be entered *nunc pro tunc* to July 12, 2012.

　　IT IS SO ORDERED.

Dated: July 18, 2013

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE