HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
C. PAMELA GOMEZ (Bar No. 233848)
E-Mail: Pamela_Gomez@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
MICHAEL STEPHEN COMBS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MICHAEL STEPHEN COMBS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden,<br>California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No. CVC 05-04777-ODW<br><br>**<u>DEATH PENALTY CASE</u>**<br><br>**EXHIBITS IN SUPPORT OF FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**EXHIBITS 148-154** |

**INDEX OF EXHIBITS**

148. Order Appointing R. Gilman, *People v. Combs*, CSC No. S033975, 08/04/1997

149. Order Denying Extension of Time, *People v. Combs*, CSC No. S033975, 12/13/2000

150. Application for Relief from Default, *People v. Combs*, CSC No. S033975, 07/13/2001

151. Motion to Withdraw as Counsel, *People v. Combs*, CSC No. S033975, 02/14/2005

152. Order re Reimbursement of Funds, *People v. Combs*, CSC No. S033975, 03/16/2005

153. Order Granting Motion to Withdraw as Counsel, *People v. Combs*, CSC No. S033975, 03/16/2005

154. Order Appointing M. Belter as Counsel, *People v. Combs*, CSC No. S033975, 10/03/2005