UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL STEPHEN COMBS,<br><br>            Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL, Warden,<br>California State Prison at San Quentin,<br><br>            Respondent. | Case No. CV 05-04777-ODW<br><br>**DEATH PENALTY CASE**<br><br>[~~PROPOSED~~] ORDER GRANTING PETITIONER'S APPLICATION TO LODGE "LODGMENT 69, CONFIDENTIAL CLERK'S TRANSCRIPT ON APPEAL" *UNDER SEAL* |

**GOOD CAUSE HAVING BEEN SHOWN**, Petitioner's Application to Lodge Lodgment 69, Confidential Clerk's Transcript *Under Seal* is hereby GRANTED. It is hereby ORDERED that the Confidential Clerk's Transcript on Appeal (pages 1-65), Supreme Court No. S033975; Superior Court No. BCR 2436, is to be lodged UNDER SEAL.

DATED: November 17, 2015

                                        HONORABLE OTIS D. WRIGHT II
                                        United States District Judge

Presented by:

*/s/ C. Pamela Gómez*
C. PAMELA GÓMEZ
Deputy Federal Public Defender