HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
GARY ROWE (Bar No. 165453)
(E-Mail: Gary_Rowe@fd.org)
C. PAMELA GOMEZ (Bar No. 233848)
(E-Mail: Pamela_Gomez@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
MICHAEL STEPHEN COMBS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL STEPHEN COMBS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL, Warden, California State Prison at San Quentin,<br><br>　　　　　Respondent. | Case No. CV 05-04777-ODW<br><br>**DEATH PENALTY CASE**<br><br>**EXHIBITS IN SUPPORT OF FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**EXHIBITS 155 AND 156** |

**INDEX OF EXHIBITS**

155. William Breer, *Adoption Dilemma*, The Sun Perspective, Aug. 11, 1991.

156. March of Dimes, Public Health Education Information Sheet, *Drinking During Pregnancy: Fetal Alcohol Syndrome and Fetal Alcohol Effects*, (postmarked Feb. 6, 1992.)

# EXHIBIT 155

# The Sun Perspective

Jerry Brown thinks big/D2
Cruel hoax on MIAs/POWs/D3
Airlines are going to the birds/D4

**D**
SUNDAY
August 11, 1991

Richard Kimball, Editorial Page Editor (714) 889-9666, Ext. 233

# Adoption dilemma


Jim Specht



## Americans' good deeds in Romania may go awry

**By WILLIAM BREER**

On a recent night on the Discovery channel, I was shocked to see some sights familiar to me as a child therapist. There was a room full of children. Some were playing. One sat rigid and unresponsive in the arms of a would-be caretaker. Others had the unmistakable hollow eyes and withdrawn demeanor of the depressed, the chronically neglected, and abused.

The scene was an orphanage in Romania. Middle-class Americans were flocking to a remote and impoverished corner of Europe to fulfill a dream of adoption and rescue. Since the December 1989 revolution, 5,000 Romanian children have been adopted by Westerners.


Breer

The Americans interviewed were upbeat and enthusiastic. Their only reservations related to obstacles thrown in their way by the Romanian government. For many, this was a dream come true. Those who cannot have children themselves are often driven by powerful psychological forces to adopt.

Adoptions in the United

## Politicians map *our* future, too

Politicos across the country are in a frenzy: making alliances, threatening enemies, burning the late-night oil on their office computers.

The presidential campaign? They can't even find a foursome for that.

Big U.S. Senate races? They *could* get exciting, but they're just in their opening stages.

Budgets? Foreign policy? Civil rights? Abortion? All on the back burner.

The word that sends shivers through politicians, from county supervisors to Congress members, is reapportionment.

Every 10 years, after the census, district lines must be redrawn to reflect where people have moved — and been born.

Now don't go to sleep. This is important to all of us.

For elected officials, it's a matter of political life and death. Draw a line in the right direction, you're locked in for 10 years. Flick it over a bit, and it's time to look for a new career.

Rep. George Brown, D-Riverside, is a good example. His 36th District must lose 206,000 people to meet the optimum size for the nation's 435 House of Representative seats.

That means huge portions of Brown's district will be moved out. He'd like to say goodbye to a large part of Riverside County and Ontario, where he has been losing in the past few elections.

But Brown and the Congress don't control reapportionment;

EXHIBIT 155- 3028

The Sun

# Perspective

Jerry Brown thinks big/D2

Cruel hoax on MIAs/POWs/D3

Airlines are going to the birds/D4

Richard Kimball, Editorial Page Editor (714) 889-9666, Ext. 233

# Adoption dilemma



## Americans' good deeds in Romania may go awry

**By WILLIAM BREER**


Breer

On a recent night on the Discovery channel, I was shocked to see some sights familiar to me as a child therapist. There was a room full of children. Some were playing. One sat rigid and unresponsive in the arms of a would-be caretaker. Others had the unmistakable hollow eyes and withdrawn demeanor of the depressed, the chronically neglected, and abused.

The scene was an orphanage in Romania. Middle-class Americans were flocking to a remote and impoverished corner of Europe to fulfill a dream of adoption and rescue. Since the December 1989 revolution, 5,000 Romanian children have been adopted by Westerners.

The Americans interviewed were upbeat and enthusiastic. Their only reservations related to obstacles thrown in their way by the Romanian government. For many, this was a dream come true. Those who cannot have children themselves are often driven by powerful psychological forces to adopt.

Adoptions in the United States can be difficult. What was offered in Romania is easier access to what seem to be young, adoptable children. There was also the opportunity to rescue a child from a bleak future in Romania. This combination generated a "baby rush" to Bucharest, a flurry of media attention and an outpouring of public interest and concern.

The enthusiasm is easy to understand. Americans have a folklore that all abused and neglected children need is love. Unfortunately, there is a large body of professional experience and research literature that suggests this is not the case. By the 1940s, it was becoming clear that psychological damage done to children in the first two or three years of life is in some cases irreversible.

During World War II, the British initially decided to evacuate children from London so they would not be subject to the trauma of the "Blitz." The British learned that the separation from mothers at an early age was so traumatic that it is better to expose the children to the traumas of bombing than of maternal separation.

A few years later, Rene Spitz did extensive studies of children in orphanages. He found those attended only by institutional caretakers, with no bonding to any consistent mother figure, wasted away and died. Another study showed that babies removed at a young age from their mothers and transferred to other caretakers developed severe infantile depression. If new attachments developed and were similarly broken, the damage compounds. Eventually, the ability to bond to others is totally lost, with disastrous consequences for later mental health.

Margaret Mahler has published further research based on direct infantile observation and observation of infant and mother interaction. In great detail in many studies, she documents how the basic building blocks of personality are laid down in the first three years of life. If this foundation is psychologically "crooked," the entire structure of personality is distorted and the individual is left vulnerable to serious problems throughout the life cycle.

Subsequent research and clinical experience have shown that personality patterns laid down in these formative years are, at best, difficult to change. In some cases, the damage is beyond repair. There may be some, perhaps many, adoptable children in the Romanian orphanages. Anyone wishing to adopt them needs to know a lot about the child before they do so. Histories of maternal rejection, multiple caretakers, lack of bonding, abuse and neglect do not augur well for a successful adoption.

In view of the climate of secrecy in Ceausescu's Romania and the chaos that has followed his downfall, such information may be impossible to attain. The media images of these children suggest many are severely damaged.

Those who exercise caution and prudence may find some children in Romanian orphanages who can be raised to be psychologically healthy adults. There also will be some cases where a good home with both love and limits can help these children grow up to be more psychologically viable then they would have been if they had not been adopted.

American optimism about the healing power of love and a good home is so strong that it will be difficult for many to believe that in some cases, no matter how good the home, severe psychological damage has predictable and disastrous results. Stated bluntly, they are: mental illness, addiction and delinquency.

These outcomes are not just a disaster for the child. They are major stresses for those who adopt. Self-recrimination, guilt, marital discord and severe financial hardship often result when adoptions go wrong.

It's not my intent to be mean-spirited. Those who wish to take on this task will do a better job if they go into it with their eyes open about the risks. If things don't work out, they can spare themselves much personal anguish by realizing that in some cases, disaster was predictable before they crossed the Romanian border, child in hand.

*Breer is a licensed clinical social worker and counselor in San Bernardino.*

BEN DIB/The Sun

EXHIBIT 155- 3029

# EXHIBIT 156



**March of Dimes**
**Birth Defects Foundation**
Inland Counties Chapter
1814 Commercenter West
Suite C
San Bernardino, CA 92408



DONNA WEBB
7972 SVL
VICTORVILLE, CA  92392

EXHIBIT 156- 3030

March of Dimes
Birth Defects Foundation
National Office
Community Services Department
1275 Mamaroneck Avenue
White Plains New York 10605
Telephone 914 428 7100



# Public Health Education Information Sheet

## Drinking During Pregnancy:

### Fetal Alcohol Syndrome and Fetal Alcohol Effects

### What are Fetal Alcohol Syndrome and Fetal Alcohol Effects?

Fetal alcohol syndrome (FAS) and fetal alcohol effects (FAE) are patterns of birth defects that may develop when expectant mothers drink alcohol during pregnancy. Both of these problems are completely preventable if a pregnant woman does not consume alcohol while she is pregnant.

Babies born with FAS are abnormally small at birth and usually do not catch up as they get older. In most cases they have small eyes, a short, upturned nose, and small, flat cheeks. They may suffer from a variety of organ malformations, particularly of the heart. Most babies with FAS have small brains and some degree of mental retardation. Many are poorly coordinated, have short attention spans and exhibit behavioral problems.

FAE is a less severe spectrum of birth defects, including small head size, poor heart and lung function, central nervous system problems such as tremors and decreased sucking pressure, and minor physical abnormalities like crooked toes or protruding ears.

Some babies exposed to alcohol during pregnancy who do not show evidence of either FAS or FAE at birth may exhibit problems when they approach school age. These include shorter attention spans and lower IQ than average, and have the potential for causing lasting learning and emotional problems.

### How often do FAS and FAE occur?

Alcohol-related damage to babies and children has been reported in most major countries and among all socioeconomic groups. In the United States, one out of every 750 newborns — or about 5,000 babies per year — has FAS.[1] This is comparable to the number of children born each year with Down syndrome. At least 50,000 infants are born each year with FAE.[2]

### Why is alcohol harmful?

Alcohol passes directly through the placenta to a fetus soon after being consumed by the mother. A fetus gets as much alcohol as a mother drinks. However, because an unborn baby's organs are immature, the alcohol is broken down much more slowly than in an adult. As a result, the alcohol level in a fetus's blood can be higher than in the mother's blood.

### How much alcohol is too much?

Researchers don't know how much alcohol causes damage to a fetus and therefore cannot specify what is a "safe" level of alcohol use during pregnancy. For this reason, experts, including U.S. Surgeon General Antonia Novello, recommend that pregnant women avoid drinking alcohol during pregnancy.

### What other problems can drinking during pregnancy cause?

Consuming alcoholic beverages during pregnancy increases the risk of miscarriage, stillbirth and death in early infancy. Drinkers are two to four times more likely to have a miscarriage between the fourth and sixth month of pregnancy than are non-drinkers. Drinkers also are two to three times more likely to lose their babies during the perinatal period (from the 28th week of pregnancy through the first week after birth).

### How can FAS and FAE be prevented?

FAS and FAE are completely preventable — if a pregnant woman does not drink. Women planning a pregnancy should stop consuming alcohol before attempting to conceive and should abstain throughout pregnancy and nursing. Women who drink and have unplanned pregnancies should stop drinking as soon as they think they are pregnant. Heavy drinkers should avoid pregnancy until they are certain that they can abstain from alcohol for the entire time from conception to birth.

EXHIBIT 156- 3031



**What is the March of Dimes doing to prevent and treat FAS and FAE?**

March of Dimes-supported researchers are investigating the influence of alcohol on pregnancy. For example, some current research is looking at genetic differences that may put certain women at increased risk of having babies with alcohol damage if they drink while pregnant. The March of Dimes also works to prevent FAS and FAE by educating the general public, adults of childbearing age and expectant mothers about the danger of alcohol and other drugs to their unborn children.

---

[1] *Morbidity and Mortality Weekly Report*, January 1984; U.S. Department of Health and Human Services, March 1989, Memorandum from C. Everett Koop, Surgeon General.
[2] *Ibid.*

For further information contact your local March of Dimes chapter.

This information sheet is made possible through the March of Dimes Campaign for Healthier Babies, which is funded by public and private contributions.

© 1991 March of Dimes Birth Defects Foundation

09-404-00

6/91

EXHIBIT 156- 3032