HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
GARY ROWE (Bar No. 165453)
(E-Mail: Gary_Rowe@fd.org)
C. PAMELA GOMEZ (Bar No. 233848)
(E-Mail: Pamela_Gomez@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
MICHAEL STEPHEN COMBS

FILED
CLERK, U.S. DISTRICT COURT
Jan. 2016
JAN 11,
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL STEPHEN COMBS,<br><br>    Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden,<br>California State Prison at San Quentin,<br><br>    Respondent. | Case No. CV 05-04777-ODW<br><br>**DEATH PENALTY CASE**<br><br>**EXHIBITS 155 AND 156 IN SUPPORT OF FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge: The Honorable Otis D. Wright, II |

## INDEX OF EXHIBITS

155. William Breer, *Adoption Dilemma*, The Sun Perspective, Aug. 11, 1991.

156. March of Dimes, Public Health Education Information Sheet, *Drinking During Pregnancy: Fetal Alcohol Syndrome and Fetal Alcohol Effects*, (postmarked Feb. 6, 1992.)

# The Sun
# Perspective

Richard Kimball, Editorial Page Editor (714) 889-9666, Ext. 233

| Jerry Brown thinks big/D2 |
|---|
| Cruel hoax on MIAs/POWs/D3 |
| Airlines are going to the birds/D4 |

**D**

SUNDAY
August 11, 1991

# Adoption dilemma

## Americans' good deeds in Romania may go awry

**By WILLIAM BREER**

On a recent night on the Discovery channel, I was shocked to see some sights familiar to me as a child therapist. There was a room full of children. Some were playing. One sat rigid and unresponsive in the arms of a would-be caretaker. Others had the unmistakable hollow eyes and withdrawn demeanor of the depressed, the chronically neglected, and abused.

The scene was an orphanage in Romania. Middle-class Americans were flocking to a remote and impoverished corner of Europe to fulfill a dream of adoption and rescue. Since the December 1989 revolution, 5,000 Romanian children have been adopted by Westerners.

Breer

The Americans interviewed were upbeat and enthusiastic. Their only reservations related to obstacles thrown in their way by the Romanian government. For many, this was a dream come true. Those who cannot have children themselves are often driven by powerful psychological forces to adopt.

Adoptions in the United

## Politicians map *our* future, too

Jim Specht

Politicos across the country are in a frenzy: making alliances, threatening enemies, burning the late-night oil on their office computers.

The presidential campaign? They can't even find a foursome for that.

Big U.S. Senate races? They *could* get exciting, but they're just in their opening stages.

Budgets? Foreign policy? Civil rights? Abortion? All on the back burner.

The word that sends shivers through politicians, from county supervisors to Congress members, is reapportionment.

Every 10 years, after the census, district lines must be redrawn to reflect where people have moved — and been born. Now don't go to sleep. This is important to all of us.

For elected officials, it's a matter of political life and death. Draw a line in the right direction, you're locked in for 10 years. Flick it over a bit, and it's time to look for a new career.

Rep. George Brown, D-Riverside, is a good example. His 36th District must lose 206,000 people to meet the optimum size for the nation's 435 House of Representative seats.

That means huge portions of Brown's district will be moved out. He'd like to say goodbye to a large part of Riverside County and Ontario, where he has been losing in the past few elections.

But Brown and the Congress don't control reapportionment:

EXHIBIT 155- 3028

# The Sun Perspective

| Jerry Brown thinks big/D2
| Cruel hoax on MIAs/POWs/D3
| Airlines are going to the birds/D4

Richard Kimball, Editorial Page Editor (714) 889-9666, Ext. 233

# Adoption dilemma

## Americans' good deeds in Romania may go awry

**By WILLIAM BREER**



.reer



BEN DIB/The Sun

On a recent night on the Discovery channel, I was shocked to see some sights familiar to me as a child therapist. There was a room full of children. Some were playing. One sat rigid and unresponsive in the arms of a would-be caretaker. Others had the unmistakable hollow eyes and withdrawn demeanor of the depressed, the chronically neglected, and abused.

The scene was an orphanage in Romania. Middle-class Americans were flocking to a remote and impoverished corner of Europe to fulfill a dream of adoption and rescue. Since the December 1989 revolution, 5,000 Romanian children have been adopted by Westerners.

The Americans interviewed were upbeat and enthusiastic. Their only reservations related to obstacles thrown in their way by the Romanian government. For many, this was a dream come true. Those who cannot have children themselves are often driven by powerful psychological forces to adopt.

Adoptions in the United States can be difficult. What was offered in Romania is easier access to what seem to be young, adoptable children. There was also the opportunity to rescue a child from a bleak future in Romania. This combination generated a "baby rush" to Bucharest, a flurry of media attention and an outpouring of public interest and concern.

The enthusiasm is easy to understand. Americans have a folklore that all abused and neglected children need is love. Unfortunately, there is a large body of professional experience and research literature that suggests this is not the case. By the 1940s, it was becoming clear that psychological damage done to children in the first two or three years of life is in some cases irreversible.

During World War II, the British initially decided to evacuate children from London so they would not be subject to the trauma of the "Blitz." The British learned that the separation from mothers at an early age was so traumatic that it is better to expose the children to the traumas of bombing than of maternal separation.

A few years later, Rene Spitz did extensive studies of children in orphanages. He found those attended only by institutional caretakers, with no bonding to any consistent mother figure, wasted away and died. Another study showed that babies removed at a young age from their mothers and transferred to other caretakers developed severe infantile depression. If new attachments developed and were similarly broken, the damage compounds. Eventually, the ability to bond to others is totally lost, with disastrous consequences for later mental health.

Margaret Mahler has published further research based on direct infantile observation and observation of infant and mother interaction. In great detail in many studies, she documents how the basic building blocks of personality are laid down in the first three years of life. If this foundation is psychologically "crooked," the entire structure of personality is distorted and the individual is left vulnerable to serious problems throughout the life cycle.

Subsequent research and clinical experience have shown that personality patterns laid down in these formative years are, at best, difficult to change. In some cases, the damage is beyond repair. There may be some, perhaps many, adoptable children in Romanian orphanages. Anyone wishing to adopt them needs to know a lot about the child before they do so. Histories of maternal rejection, multiple caretakers, lack of bonding, abuse and neglect do not augur well for a successful adoption.

In view of the climate of secrecy in Ceausescu's Romania and the chaos that has followed his downfall, such information may be impossible to attain. The media images of these children suggest many are severely damaged.

Those who exercise caution and prudence may find some children in Romanian orphanages who can be raised to be psychologically healthy adults. There also will be some cases where a good home with both love and limits can help these children grow up to be more psychologically viable then they would have been if they had not been adopted.

American optimism about the healing power of love and a good home is so strong that it will be difficult for many to believe that in some cases, no matter how good the home, severe psychological damage has predictable and disastrous results. Stated bluntly, they are: mental illness, addiction and delinquency.

These outcomes are not just a disaster for the child. They are major stresses for those who adopt. Self-recrimination, guilt, marital discord and severe financial hardship often result when adoptions go wrong.

It's not my intent to be mean-spirited. Those who wish to take on this task will do a better job if they go into it with their eyes open about the risks. If things don't work out, they can spare themselves much personal anguish by realizing that in some cases, disaster was predictable before they crossed the Romanian border, child in hand.

*Breer is a licensed clinical social worker and counselor in San Bernardino.*