HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
GARY ROWE (Bar No. 165453)
(E-Mail: Gary_Rowe@fd.org)
C. PAMELA GOMEZ (Bar No. 233848)
(E-Mail: Pamela_Gomez@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
MICHAEL STEPHEN COMBS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL STEPHEN COMBS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>KEVIN CHAPPELL, Warden,<br>California State Prison at San Quentin,<br><br>　　　　　　Respondent. | Case No. CV 05-04777-ODW<br><br>**DEATH PENALTY CASE**<br><br>**EXHIBITS 155 AND 156 IN SUPPORT OF FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge: The Honorable Otis D. Wright, II |



DONNA WEBB
7972 SVL
VICTORVILLE, CA  92392



March of Dimes
Birth Defects Foundation
Inland Counties Chapter
1814 Commercenter West
Suite C
San Bernardino, CA 92408

EXHIBIT 156- 3030

March of Dimes
Birth Defects Foundation
National Office
Community Services Department
1275 Mamaroneck Avenue
White Plains New York 10605
Telephone 914 428 7100



March of Dimes Preventing Birth Defects

# Public Health Education Information Sheet

## Drinking During Pregnancy:

### Fetal Alcohol Syndrome and Fetal Alcohol Effects

**What are Fetal Alcohol Syndrome and Fetal Alcohol Effects?**

Fetal alcohol syndrome (FAS) and fetal alcohol effects (FAE) are patterns of birth defects that may develop when expectant mothers drink alcohol during pregnancy. Both of these problems are completely preventable if a pregnant woman does not consume alcohol while she is pregnant.

Babies born with FAS are abnormally small at birth and usually do not catch up as they get older. In most cases they have small eyes, a short, upturned nose, and small, flat cheeks. They may suffer from a variety of organ malformations, particularly of the heart. Most babies with FAS have small brains and some degree of mental retardation. Many are poorly coordinated, have short attention spans and exhibit behavioral problems.

FAE is a less severe spectrum of birth defects, including small head size, poor heart and lung function, central nervous system problems such as tremors and decreased sucking pressure, and minor physical abnormalities like crooked toes or protruding ears.

Some babies exposed to alcohol during pregnancy who do not show evidence of either FAS or FAE at birth may exhibit problems when they approach school age. These include shorter attention spans and lower IQ than average, and have the potential for causing lasting learning and emotional problems.

**How often do FAS and FAE occur?**

Alcohol-related damage to babies and children has been reported in most major countries and among all socioeconomic groups. In the United States, one out of every 750 newborns – or about 5,000 babies per year – has FAS.[1] This is comparable to the number of children born each year with Down syndrome. At least 50,000 infants are born each year with FAE.[2]

**Why is alcohol harmful?**

Alcohol passes directly through the placenta to a fetus soon after being consumed by the mother. A fetus gets as much alcohol as a mother drinks. However, because an unborn baby's organs are immature, the alcohol is broken down much more slowly than in an adult. As a result, the alcohol level in a fetus's blood can be higher than in the mother's blood.

**How much alcohol is too much?**

Researchers don't know how much alcohol causes damage to a fetus and therefore cannot specify what is a "safe" level of alcohol use during pregnancy. For this reason, experts, including U.S. Surgeon General Antonia Novello, recommend that pregnant women avoid drinking alcohol during pregnancy.

**What other problems can drinking during pregnancy cause?**

Consuming alcoholic beverages during pregnancy increases the risk of miscarriage, stillbirth and death in early infancy. Drinkers are two to four times more likely to have a miscarriage between the fourth and sixth month of pregnancy than are non-drinkers. Drinkers also are two to three times more likely to lose their babies during the perinatal period (from the 28th week of pregnancy through the first week after birth).

**How can FAS and FAE be prevented?**

FAS and FAE are completely preventable – if a pregnant woman does not drink. Women planning a pregnancy should stop consuming alcohol before attempting to conceive and should abstain throughout pregnancy and nursing. Women who drink and have unplanned pregnancies should stop drinking as soon as they think they are pregnant. Heavy drinkers should avoid pregnancy until they are certain that they can abstain from alcohol for the entire time from conception to birth.

EXHIBIT 156- 3031



**What is the March of Dimes doing to prevent and treat FAS and FAE?**

March of Dimes-supported researchers are investigating the influence of alcohol on pregnancy. For example, some current research is looking at genetic differences that may put certain women at increased risk of having babies with alcohol damage if they drink while pregnant. The March of Dimes also works to prevent FAS and FAE by educating the general public, adults of child-bearing age and expectant mothers about the danger of alcohol and other drugs to their unborn children.

---

[1] *Morbidity and Mortality Weekly Report*, January 1984; U.S. Department of Health and Human Services, March 1989, Memorandum from C. Everett Koop, Surgeon General.
[2] *Ibid.*

For further information contact your local March of Dimes chapter.

This information sheet is made possible through the March of Dimes Campaign for Healthier Babies, which is funded by public and private contributions.

© 1991 March of Dimes Birth Defects Foundation

09-404-00

6/91

EXHIBIT 156- 3032

## PROOF OF SERVICE

I, **Isabel Prado**, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **EXHIBITS 155 AND 156 IN SUPPORT OF FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS** *UNDER SEAL* on the following individual(s) by:

[X] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[X] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[ ] Faxing same via facsimile machine addressed as follows:

Death Penalty Law Clerk
Unites States Courthouse
312 North Spring Street, 8th Floor
Los Angeles, CA 90012
*via interoffice delivery*

Sharon L. Rhodes
Office of the Attorney General
California Department of Justice
600 West Broadway, Suite 1800
San Diego, CA 92101
*via United States Post Office*

This proof of service is executed at Los Angeles, California, on **November 13, 2015.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ *Isabel Prado*
**ISABEL PRADO**