# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEPHEN COMBS,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden,<br>California State Prison at San Quentin,<br><br>    Respondent. | Case No. LA CV 05-04777 ODW<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT** |

Pursuant to the Order Re Merits under 28 U.S.C. § 2254(d),

IT IS HEREBY ORDERED AND ADJUDGED that the First Amended Petition is denied with prejudice and judgment is entered in favor of Respondent and against Petitioner.

The Clerk is ordered to enter this judgment.

IT IS SO ORDERED.

Dated: October 4, 2019

                                         OTIS D. WRIGHT<br>                           UNITED STATES DISTRICT JUDGE